67 F.3d 39
 Theodore BAKER, Raymond Strawder, Yohannes Jackson, Mark A.
Simon and Malcolm Nelson, Plaintiffs,
Milton Goodman, Anthony Canady, Tyrone Sanchez and Richard
Jackson, Plaintiffs-Appellants,
v.
Mario CUOMO, Governor of the State of New York, Thomas A.
Coughlin, Commissioner of New York State
Department of Correctional Services,
Defendants-Appellees.
 Nos. 565, 1135-1137, Dockets 94-2163, 94-2164, 94-2165 and 94-2176.
 United States Court of Appeals,
Second Circuit.
 Petition for Rehearing, Submitted May 26, 1995.
Decided Oct. 10, 1995.
 
 Before: NEWMAN, Chief Judge, KEARSE, MINER, ALTIMARI, MAHONEY, WALKER, McLAUGHLIN, JACOBS, and PARKER, Circuit Judges.*
 Suggestion for rehearing in banc of an appeal of a judgment of the District Court for the Southern District of New York (Vincent L. Broderick, Judge) dismissing a complaint of state prisoners alleging denial of voting rights. Panel remanded, and denied petition for rehearing, Baker v. Cuomo, 58 F.3d 814 (2d Cir.1995). Rehearing in banc ordered.
 PER CURIAM:
 
 
 1
 The Court orders a rehearing in banc, limited to the issue of the applicability of the Voting Rights Act. See Baker v. Cuomo, 58 F.3d 814 (2d Cir.1995).
 
 
 
 *
 Circuit Judges Ralph K. Winter, Pierre N. Leval, Guido Calabresi, and Jose A. Cabranes recused themselves